Dear Honorable Judge Laughrey: 1/23/06

I am writing to ask for an extention in response to the U.S. Attorney's opposition to my Pro-Se Motion. I am doing research now, as I work in the law library here at the FDC-Philadelphia.

My supervisor and other staff in the Educ. Dept. are trying to get my materials & cases together as they are very supportive of my request to the court.

Could I have a 30 day extention to prepare a response to Ms. Katherine Fincham's response in opposition, prepare a release plan, and let the court know of my permanent residence address, employment (if necessary) and any other information required.

I respectfully ask your Honor to allow me the opportunity to prepare needed documents to please the court.

Sincerely,
Cherri Turnbow
16530-045
FDC-Philadelphia
P.O. Box 562
Philadelphia, PA
19105